AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JAMES FORSYTHE, M.D., et al.,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00508-ECR-VPC**

UNITED STATES OF AMERICA, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss [12] is GRANTED. All of plaintiffs' claims are dismissed with pejudice.

| | |
|---|---|
| May 17, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |